# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 8337 FAWN MEADOW,

Appellant,

vs.

BANK OF AMERICA, N.A.,

Respondent.

No. 76241

**FILED**

FEB 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____ C.J.

cc:  Hon. Timothy C. Williams, District Judge
Janet Trost. Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Supreme Court Law Librarian
Eighth District Court Clerk

---

[1]The conditional sanctions imposed in this court's January 31, 2019, order, are vacated.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-05743